FILED IN
COURT OF CRIMINAL APPEALS

April 15, 2015

ABEL ACOSTA, CLERK

PD-1039-14
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 4/15/2015 4:40:41 PM
Accepted 4/15/2015 4:44:02 PM
ABEL ACOSTA
CLERK

**NO. PD-1039-14**

# IN THE COURT OF CRIMINAL APPEALS

# OF THE STATE OF TEXAS

| | |
|---|---|
| JOSE GUADALUPE RODRIGUEZ ELLIZONDO, <br> *Appellant* | APPEAL OF CAUSE NO. CR-3485-10-I |
| vs. | FROM THE 398TH DISTRICT COURT OF |
| THE STATE OF TEXAS, <br> *Appellee* | HIDALGO COUNTY, TEXAS |

## STATE/APPELLEE'S MOTION FOR EXTENSION OF TIME TO FILE THE STATE'S BRIEF

TO THE HONORABLE JUDGES OF SAID COURT:

NOW COMES the State of Texas, Appellee herein, and respectfully files this, the State's first Motion for Extension of Time to file its brief in the above-referenced case, and in support thereof, would show unto the Court the following:

1. On November 14, 2010, Appellant, Jose Guadalupe Rodriguez Elizondo, was found guilty of one count of Murder. [CR 014]. On November 14, 2010, Appellant was sentenced by the jury to a term of 25 years imprisonment. [CR 069].

2. On August 31, 2010, the Court of Appeals for the Thirteenth Judicial District issued a Memorandum Opinion affirming Appellant's conviction.

3. On August 5, 2014, Appellant filed his first motion to extent time to file a

petition for discretionary review.

4.     On August 21, 2014, Appellant filed his second motion to extent time to file a petition for discretionary review

5.     On October 1, 2014, Appellant filed a petition for discretionary review.

6.     On January 28, 2015, this Court granted the petition for discretionary review.

7.     On February 6, 2015, Appellant filed his first motion for extention of time to file his brief.

8.     Appellee's brief was filed on March 16, 2015.

9.     The brief of the State/Appellant is currently due on Wednesday, April 15, 2015.

10.    Good cause exists for requesting an extension of time in which to file the Brief of State/Appellant, namely:

(a)    The undersigned attorney has been engaged in the preparation of the State's Response to an application for a writ of habeas corpus in Cause CR-4404-10-A(1), *Ex parte Victor Garcia*, which was filed on March 23, 2015.

(b)

(c)    The undersigned attorney has been preparing for an evidentiary hearing on an application for a writ of habeas corpus in Cause No. CR-4404-10-A(1), *Ex parte Victor Garcia*, which was held on March 23, 2015.

(d)    The undersigned attorney has been engaged in the preparation of the State's Response to an application for a writ of habeas corpus in Cause No. CR-1726-12-J(1), *Ex parte Jorge Maximo Espinoza*, which was filed on March 26, 2015.

(e)    The undersigned attorney has been engaged in the preparation of the State's Response to an application for a writ of habeas corpus in Cause No. CR-1258-03-G(2), *Ex parte Marco Antonio Chairez*, which was filed on April 6, 2015.

(f)     The undersigned attorney was engaged in the preparation of the State's Brief in Appellate Cause No. 13-14-00441-CR, *Ex parte Rene Aguilera*, which was filed on March 23, 2015.

(g)     Appellant's appellate attorney of record, Brandy Wingate Voss, is not opposed to the State's motion for an extension of time to file the State's Brief.

10.   An extension of thirty (30) days, or until Friday, May 15, 2015, is therefore requested to allow the undersigned attorney to prepare the State's Brief.

12.   The motion is not made for the purpose of delay, but so justice may be done.

WHEREFORE, Appellant, the State of Texas, respectfully requests that its motion for an extension of time of fifteen (15) days, until Tuesday, May 31, 2011, to file the Brief of State/Appellant in the case herein, be in all things GRANTED.

Respectfully submitted,


RICARDO RODRIGUEZ, JR.
CRIMINAL DISTRICT ATTORNEY
HIDALGO COUNTY, TEXAS

_/s/ Michael W. Morris_____
MICHAEL W. MORRIS, ASSISTANT
Criminal District Attorney
Lead Counsel for Appellee
State Bar No. 24076880

Office of the Criminal District Attorney
Hidalgo County Courthouse
100 North Closner
Edinburg, Texas 78539
Telephone:  (956) 318-2300 ext. 781
Telefax:      (956) 380-0407
ATTORNEYS FOR THE STATE

## CERTIFICATE OF SERVICE

I, MICHAEL W. MORRIS, do hereby certify that I have served a copy of the foregoing State/Appellant's Motion for Extension of Time to File the State's Brief to Appellee Jose Guadalupe Rodriguez Elizondo's appellate attorney of record, Brandy Wingate Voss, and to Lisa C. McMinn, State Prosecuting Attorney by e-service through the electronic filing service.

Dated this, the 15th day of April, 2015.

_/s/ Michael W. Morris_____
MICHAEL W. MORRIS, ASSISTANT
CRIMINAL DISTRICT ATTORNEY
HIDALGO COUNTY, TEXAS